**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | BANKRUPTCY CASE NO.: |
| ORION HEALTHCORP, INC., | 8-18-71748-ast |
| DEBTOR. | |

| | |
|---|---|
| HOWARD M. EHRENBERG, in his capacity as Liquidating Trustee of ORION HEALTHCORP, INC., | |
| | Adversary Proceeding No. |
| Plaintiff, | 8-20-08038-ast |
| v. | |
| EVICORE HEALTHCARE MSI, LLC | |
| Defendant. | |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant **EVICORE HEALTHCARE MSI, LLC** ("Defendant" or "eviCore") discloses as follows:

eviCore is a wholly-owned subsidiary of Express Scripts Holding Company. Express Scripts Holding Company is a wholly-owned subsidiary of Cigna Corporation, a publicly traded company. No other publicly traded company directly holds 10% or more of eviCore healthcare MSI, LLC.

Dated:  April 10, 2020         DEFENDANT,
                               EVICORE HEALTHCARE MSI, LLC

                               By: */s/ Erik C. DiMarco*
                               Erik C. DiMarco, Esq.
                               Gordon Rees Scully Mansukhani, LLP
                               1 Battery Park Plaza, 28th Floor
                               New York, NY 10004
                               Tel: (212) 453-0771
                               edimarco@gordonrees.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2020, a copy of the foregoing Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Erik C. DiMarco*
Erik C. DiMarco, Esq.